

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00358-CV

| | | |
|---|---|---|
| RONNIE BOREN, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (188,276-A) |
| V. | § | October 29, 2020 |
| NEWPORT OPERATING, LLC, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the part of the judgment awarding Newport Operating, LLC its attorney's fees is reversed and judgment is rendered that Newport Operating, LLC take nothing on its claim for attorney's fees.

It is further ordered that appellant Newport Operating, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack